**Opinion issued April 30, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00453-CV

————————————

**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,**
**Appellant**

**V.**

**KEVIN ROBERTS AND EXXON MOBIL CORPORATION, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-03033**

---

## MEMORANDUM OPINION

After the Texas Supreme Court reversed our prior judgment and remanded the

case to this Court, appellant filed a motion to dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1).  Accordingly, we grant the motion and dismiss the appeal.  *See* TEX.

R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.